982

Benno M. BRINK, Trustee in Bankruptcy of The BREAKFAST CLUB, Inc., Bankrupt, Appellant, v. COLLECTOR OF INTERNAL REVENUE, Appellee.

No. 8040.

Circuit Court of Appeals, Ninth Circuit.

Nov. 25, 1935.

Paul W. Sampsell, of Los Angeles, Cal., for appellant.

Peirson M. Hall, U. S. Atty., of Los Angeles, Cal., for appellee.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

Al BRINKOPF et al., Appellants, v. CAPE GIRARDEAU BRIDGE CO. et al.

No. 10316.

Circuit Court of Appeals, Eighth Circuit.

July 22, 1935.

James A. Finch, James A. Finch, Jr., R. L. Dearmont, A. M. Spradling, and S. P. Dalton, all of Cape Girardeau, Mo., for appellants.

Thomas R. Reyburn, Thomas S. McPheeters, Henry Davis, and Bryan Purteet, all of St. Louis, Mo., for appellees.

PER CURIAM.

Appeal dismissed, at costs of appellants, per stipulation of parties.

Lawrence BOUSHEA, Appellant, v. UNITED STATES of America.

No. 10405.

Circuit Court of Appeals, Eighth Circuit.

Aug. 13, 1935.

Drill, Drill & Rensch, of St. Paul, Minn., for appellant.

George F. Sullivan, U. S. Atty., of St. Paul, Minn., for the United States.

PER CURIAM.

Appeal docketed and dismissed, without costs to either party in this court, on agreement of counsel for dismissal.

Hobson BROOK, Appellant, v. A. C. ADERHOLD, Warden, United States Penitentiary, Atlanta, Georgia, Appellee.

No. 7760.

Circuit Court of Appeals, Fifth Circuit.

Oct. 31, 1935.

Hobson Brook, in pro. per.

Lawrence S. Camp, U. S. Atty., Harvey H. Tisinger, Asst. U. S. Atty., and H. T. Nichols, Sp. Atty. to U. S. Atty., all of Atlanta, Ga., for appellee.

Before FOSTER, SIBLEY, and WALKER, Circuit Judges.

PER CURIAM.

The judgment is affirmed.